# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAIM SARWAR, Individually, | : |
| | : Case No.: 1:20-cv-06635 |
| Plaintiff, | : |
| v. | : Hon. John Z. Lee |
| | : |
| CHICAGO HOTEL HOLDINGS, INC, d/b/a | : |
| MILLENNIUM KNICKERBOCKER HOTEL | : |
| CHICAGO, a Foreign BCA, | : |
| | : |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff Saim Sarwar and Defendant Chicago Hotel Holdings, Inc. d/b/a Millennium Knickerbocker Hotel Chicago hereby notify the Court that they have reached a settlement in principal and are working to finalize the written settlement agreement. The parties respectfully request 30 days to finalize their settlement agreement and file a stipulation of dismissal with prejudice.

Dated: August 18, 2021

Respectfully submitted,

Attorneys for Plaintiff:

/s/Amale Knox, Esq.
Amale Knox, Of Counsel
**Thomas B. Bacon, P.A.**
330 Harrison Street
Pontiac, MI 48341
ph. (248) 719-1001
amale.knox.esq@gmail.com


Attorneys for Defendant:

/s/Bonnie Keane DelGobbo, Esq.
Bonnie Keane DelGobbo

1

Baker & Hostetler LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 416-8185
bdelgobbo@bakerlaw.com

4845-0155-4167.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

>/s/Bonnie Keane DelGobbo
Bonnie Keane DelGobbo
Baker & Hostetler LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 416-8185
bdelgobbo@bakerlaw.com

4845-0155-4167.1