IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SAIM SARWAR,** Individually,

    Plaintiff,

v.

**CHICAGO HOTEL HOLDINGS** a
Foreign Limited Liability Corporation,

    Defendant.

**Case No.:** 1:20-cv-6635

## STIPULATION FOR VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby notify this Court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Amale Knox | By: /s/ Bonnie DelGobbo |
| Amale Knox, Esq.<br>Thomas B. Bacon, P.A.<br>330 Harrison St.<br>Pontiac, MI 48341<br>ph. 248-719-1001<br>amale.knox.esq@gmail.com<br>FBN: 6308622 | Bonnie Keane DelGobbo, Esq.<br>Baker Hostetler<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>312-416-8185<br>Email: bdelgobbo@bakerlaw.com |